UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq. (MH 9031)
Mitchell B. Hausman, Esq. (MH 1464)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Revel AC, Inc. *et al.*,[1] | : | Case No. 14-22654 (GMB) |
| | : | *Jointly Administered* |
| Debtors. | : | |
| | : | The Honorable Gloria M. Burns |

**AMENDED NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

| **A&M Industrial** | **Atlantic City Alliance** | **National Union Fire Ins. of Pittsburgh, PA, et al.** |
|---|---|---|
| 37 West Cherry Street | 2301 Boardwalk | 175 Water Street, 15th Floor |
| Rahway, NJ 07065 | Atlantic City, NJ 08401 | New York, NY 10038 |
| Tel.: 732-574-1111 | Tel.: 609-707-9636 | Tel.: 973-402-2841 |
| Fax: 732-396-9490 | Fax: 609-348-7059 | Fax: 973-331-8598 |
| Attn: Joshua Goldstein | Attn: Elizabeth B. Cartmell | Attn: Ryan G. Foley, Esq. *Co-chairperson* |

---

[1] The Debtors in these jointly administered cases are: Revel AC, Inc. (14-22654 (GMB)); Revel AC, LLC (14-22655 (GMB); Revel Atlantic City, LLC (14-22658 (GMB); Revel Entertainment Group, LLC (14-22659 (GMB); NB Acquisition, LLC (14-22660 (GMB) and SL, LLC (14-22661 (GMB)

Page 2
**Revel AC, Inc. et al.**
**Amended Appointment Of Official**
**Committee Of Unsecured Creditors**

**The Media & Marketing Group**
220 Laurel Road
Voorhees, NJ  08043
Tel.: 609-670-4009
Fax: 856-385-7155
Attn: Frank Palmieri

**ACR Energy Partners, LLC**
5429 Harding Highway,
Building 500
Mays Landing, NJ  08330
c/o Ann Anthony
South Jersey Industries Inc.
Tel.: 609-561-9000 x 4143
Fax: 609-561-8225
*Co-chairperson*

**GRGAC 1, LLC**
*d/b/a Amada, a/d/b/a Yuboka*
2401 Walnut Street
Suite 300
Philadelphia, PA 19103
Tel.: 267-284-7900
Fax: 267-284-7907
Attn: Robert W. Keddie. III, Esq.

Counsel for Committee

Michael D. Sirota, Esq.
Cole, Schotz, Meisel, Forman & Leonard
25 Main St.
Hackensack, NJ 07601
Tel.: 201-525-6262
Fax: 201-678-6262

    ROBERTA A. DEANGELIS
    UNITED STATES TRUSTEE
    REGION 3

By: */s/ Martha R. Hildebrandt*
    Martha R. Hildebrandt
    Assistant United States Trustee
    Mitchell B. Hausman
    Trial Attorney

Date: August 28, 2014